**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KARL MOONEY, | No. C 06-7875 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL OF DEFENDANT BOLI & CASPARI** |
| v. | |
| LOUIS ALEXANDER BOLI, a/k/a MICHAEL BOLI, BOLI & CASPARI, VICTORIA B. HENLEY, AND DOES 1-10, | |
| Defendants. | |

The separate motions by defendant Boli and defendant Henley have been granted without leave to amend, based on lack of subject matter jurisdiction. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 476 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923).

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing to be filed on or before June 1, 2007, why the action should not be dismissed as to the remaining defendant, Boli & Caspari, for the same reason.

**IT IS SO ORDERED.**

Dated: May 21, 2007

SUSAN ILLSTON
United States District Judge