United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KARL MOONEY, | No. C 06-7875 SI |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT BOLI & CASPARI WITHOUT LEAVE TO AMEND** |
| v. | |
| LOUIS ALEXANDER BOLI, a/k/a MICHAEL BOLI, BOLI & CASPARI, VICTORIA B. HENLEY, AND DOES 1-10, | |
| Defendants. / | |

By order filed May 21, 2007, the Court granted separate motions filed by defendants Henley and Boli. That order held that plaintiff's claims were barred by the *Rooker-Feldman* doctrine and therefore that this Court lacked subject matter jurisdiction over the complaint. In a separate order also filed May 21, 2007, the Court directed plaintiff to show cause by June 1, 2007 why this action should not dismissed as to defendant Boli & Caspari for the same reason.

Plaintiff has not filed a response to the Court's Order to Show Cause. On June 14, 2007, the Court's Clerk received a voice message from plaintiff stating that he did not intend to respond to the Order to Show Cause. Accordingly, based on plaintiff's failure to respond to the Order to Show Cause, and the record before this Court, the Court finds it appropriate to dismiss this action against the remaining defendant, Boli & Caspari, for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: June 18, 2007

SUSAN ILLSTON
United States District Judge