IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KARL MOONEY, | No. C 06-7875 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOUIS ALEXANDER BOLI, a/k/a MICHAEL BOLI, BOLI & CASPARI, VICTORIA B. HENLEY, AND DOES 1-10, | |
| Defendants. | |

The complaint against all defendants has been dismissed without leave to amend. Accordingly, the action is dismissed and judgment is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 18, 2007

SUSAN ILLSTON
United States District Judge